■ The People of the State of New York, Respondent, v Steven L. Youngs, Appellant. [887 NYS2d 886]—Appeal from an order of the Yates County Court (W. Patrick Falvey, J.), dated November 14, 2008. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at County Court. Present—Martoche, J.P., Smith, Peradotto, Green and Pine, JJ. [*See* 21 Misc 3d 1130(A), 2008 NY Slip Op 52283(U).]

■ The People of the State of New York ex rel. Larry Ross, Appellant, v Harold Graham, Superintendent, Auburn Correctional Facility, Respondent. [887 NYS2d 924]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Mark H. Fandrich, A.J.), entered May 20, 2008 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Smith, Peradotto, Green and Pine, JJ.